■ In the Matter of CHRISTOPHER H and Others, Children Alleged to be Neglected. ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROXANNE H, Appellant.—Appeal from an order of the Family Court of

St. Lawrence County, entered June 17, 1977, which placed appellant's children with the respondent Department of Social Services, for a period of one year. Order affirmed, without costs. No opinion. The respondent should note that while the failure to file a brief on appeal has not prejudiced the children in the present case, such a practice is not condoned by the court. Sweeney, J. P., Kane, Staley, Jr., Larkin and Herlihy, JJ., concur.